IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. MARINO,<br><br>                Plaintiff,<br><br>    v.<br><br>CROSS COUNTRY BANK and<br>APPLIED CARD SYSTEMS, INC.,<br><br>                Defendants. | C.A. No. 07-426-JJF |

## SUBSTITUTION OF COUNSEL

Charles M. Oberly, III, Esquire and Karen V. Sullivan, Esquire of Oberly, Jennings & Rhodunda, P.A. enter their appearances on behalf of Defendants Cross Country Bank and Applied Card Systems, Inc.

Guy A. Donatelli, Esquire of Lamb McErlane PC withdraws his appearance on behalf of Defendants Cross Country Bank and Applied Card Systems, Inc.

OBERLY, JENNINGS & RHODUNDA, P.A.

_/s/ Karen V. Sullivan_
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
coberly@ojlaw.com
ksullivan@ojlaw.com

LAMB McERLANE PC

_/s/ Guy A. Donatelli_
Guy A. Donatelli
24 East Market Street
P.O. Box 565
West Chester, PA 19381
(610) 430-8000 – Telephone
gdonatelli@chescolaw.com