IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. MARINO, | : |
| Plaintiff, | : |
| | : C.A. No. 07-426-JJF |
| v. | : |
| CROSS COUNTRY BANK, APPLIED CARD SYSTEMS, INC., ROCCO A. ABESSINIO, | : |
| Defendants. | : |

Report Pursuant to Local, Rule D. Del. 81.2

After consultation with Defense Counsel the only matter that would require judicial intervention at this time would be setting a date for a Rule 16 Pre Trial Scheduling Conference.

Respectfully submitted:

GIBSON & PERKINS P.C.

BY: KEVIN WILLIAM GIBSON
DE. Supreme Court ID 2025
1326 King Street
Wilmington DE 19899
302.668.3992
610.565.1708
kevingibson@gibperk.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. MARINO, | : |
| Plaintiff, | : |
| | : C.A. No. 07-426-JJF |
| v. | : |
| CROSS COUNTRY BANK, APPLIED CARD SYSTEMS, INC., ROCCO A. ABESSINIO, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of November 2007, I served a true and correct copy of Plaintiff's Report Pursuant to Local, Rule D. Del. 81.2 upon the following by Electronic Mail and Efiling only:

Karen Sullivan, Esquire
KSullivan@ojlaw.com

_____
KEVIN WILLIAM GIBSON, ESQUIRE