# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| KENNETH J. MARINO, | | |
| | Plaintiff, | |
| | v. | C.A. No. 07-426-JJF |
| CROSS COUNTRY BANK and APPLIED CARD SYSTEMS, INC., | | |
| | Defendants. | |

### STIPULATED ORDER EXTENDING TIME

WHEREAS, by agreed Rule 16 Scheduling Order (D.I. 30) entered by the Court on December 20, 2007, the Court set the deadline for the parties to exchange pre-discovery disclosures as January 31, 2008;

WHEREAS, on January 24, 2008, the parties engaged in a mediation session in the Appellate Mediation Program for the United States Court of Appeals for the Third Circuit and in which mediation the parties are attempting to reach a global resolution of all disputes between the parties, including this action;

WHEREAS, a possible global resolution is being considered by the plaintiff, Kenneth J. Marino, who will be providing a response to the Third Circuit mediator on or before January 31, 2008;

WHEREAS, the parties desire to avoid the expense of preparing pre-discovery disclosures that will be unnecessary if a global resolution of all disputes is reached through the Third Circuit mediation;

WHEREAS, a brief extension of the deadline to exchange pre-discovery disclosures will not affect the remainder of the deadlines in the Rule 16 Scheduling Order.

THEREFORE, the parties stipulate, subject to approval of the Court, that the deadline to exchange pre-discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 shall be extended until February 21, 2008.


GIBSON & PERKINS, P.C.                    OBERLY, JENNINGS & RHODUNDA, P.A.


  /s/ Kevin W. Gibson                       /s/ Karen V. Sullivan
Kevin W. Gibson (No. 2025)               Charles M. Oberly, III (No. 743)
1326 King Street                         Karen V. Sullivan (No. 3872)
Wilmington, DE  19801                    1220 Market Street, Suite 710
610-565-1708 – Telephone                 P.O. Box 2054
610-565-4358 – Facsimile                 Wilmington, DE  19899-2054
kevingibson@gibperk.com                  302-576-2000 – Telephone
                                         302-576-2004 – Facsimile
                                         coberly@ojlaw.com
                                         ksullivan@ojlaw.com


It is **SO ORDERED** this _____ day of _____, 2008.


_____
United States District Judge

# OBERLY, JENNINGS & RHODUNDA, P.A.

### 1220 Market Street – Suite 710
### P. O. Box 2054
### Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
------------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail coberly@ojlaw.com

January 29, 2008

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE  19801

**Re:**   <u>Marino v. Cross Country Bank, et al. – C.A. No. 07-426-JJF</u>

Dear Judge Farnan:

Enclosed for Your Honor's consideration is a Stipulated Order Extending Time, which extends the time for the parties to make initial disclosures in the hope that the parties will resolve the case in the interim through mediation.  The parties respectfully request that you enter the proposed stipulated Order.

I am available at the convenience of the Court to answer any questions.

Respectfully submitted,

*Charles M. Oberly*

**CHARLES M. OBERLY, III (No. 743)**

CMO/alv
Enclosure
cc:   Dr. Peter T. Dalleo
      Kevin W. Gibson, Esquire (via CM/ECF)