IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. MARINO, | |
| Plaintiff, | |
| v. | C.A. No. 07-426-JJF |
| CROSS COUNTRY BANK and APPLIED CARD SYSTEMS, INC., | |
| Defendants. | |

**SECOND STIPULATED ORDER EXTENDING TIME**

WHEREAS, by agreed Rule 16 Scheduling Order (D.I. 30) entered by the Court on December 20, 2007, the Court set the deadline for the parties to exchange pre-discovery disclosures as January 31, 2008;

WHEREAS, by Stipulated Order Extending Time (D.I. 31) so ordered by the Court on January 30, 2008, the Court extended the deadline for the parties to exchange pre-discovery disclosures until February 21, 2008 to allow the parties to continue with the mediation process through the Appellate Mediation Program for the United States Court of Appeals for the Third Circuit and in which mediation the parties are attempting to reach a global resolution of all disputes between the parties, including this action;

WHEREAS, the parties have not yet concluded the mediation process and plaintiff, Kenneth J. Marino will be providing a response to the Third Circuit mediator on or before February 22, 2008;

WHEREAS, the parties desire to avoid the expense of preparing pre-discovery disclosures that will be unnecessary if a global resolution of all disputes is reached through the Third Circuit mediation;

WHEREAS, a brief extension of the deadline to exchange pre-discovery disclosures will not affect the remainder of the deadlines in the Rule 16 Scheduling Order.

THEREFORE, the parties stipulate, subject to approval of the Court, that the deadline to exchange pre-discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 shall be extended until March 20, 2008.

| GIBSON & PERKINS, P.C. | OBERLY, JENNINGS & RHODUNDA, P.A. |
|---|---|
| /s/ Kevin W. Gibson | /s/ Karen V. Sullivan |
| Kevin W. Gibson (No. 2025) | Charles M. Oberly, III (No. 743) |
| 1326 King Street | Karen V. Sullivan (No. 3872) |
| Wilmington, DE 19801 | 1220 Market Street, Suite 710 |
| 610-565-1708 – Telephone | P.O. Box 2054 |
| 610-565-4358 – Facsimile | Wilmington, DE 19899-2054 |
| kevingibson@gibperk.com | 302-576-2000 – Telephone |
|  | 302-576-2004 – Facsimile |
|  | coberly@ojlaw.com |
|  | ksullivan@ojlaw.com |

It is **SO ORDERED** this _____ day of _____, 2008.

_____
United States District Judge

2

# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street – Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
———————
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

February 19, 2008

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

Re: <u>Marino v. Cross Country Bank, et al. – C.A. No. 07-426-JJF</u>

Dear Judge Farnan:

Enclosed for Your Honor's consideration is a Second Stipulated Order Extending Time, which further extends the time for the parties to make initial disclosures in the hope that the parties will resolve the case in the interim through mediation. Although the parties had hoped to resolve the mediation in time either to dismiss this action or to know that settlement is not possible and to move forward with the initial disclosures by the extended February 21, 2008 deadline, the plaintiff has been reviewing tax implications associated with a settlement, which review has taken longer than the parties had anticipated. Therefore, the parties respectfully request a further extension so that they can continue mediation efforts. The parties respectfully request that you enter the proposed stipulated Order.

I am available at the convenience of the Court to answer any questions.

**Respectfully submitted,**

*Karen V Sullivan*

KAREN V. SULLIVAN (No. 3872)

KVS/alv
Enclosure
cc: Dr. Peter T. Dalleo
    Kevin W. Gibson, Esquire (via CM/ECF)