**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

KENNETH J. MARINO,

                Plaintiff,

          v.

CROSS COUNTRY BANK and
APPLIED CARD SYSTEMS, INC.,

                Defendants.

C.A. No.  07-426-JJF

**THIRD STIPULATED ORDER EXTENDING TIME**

WHEREAS, by agreed Rule 16 Scheduling Order (D.I. 30) entered by the Court on

December 20, 2007, the Court set the deadline for the parties to exchange pre-discovery

disclosures as January 31, 2008;

WHEREAS, by Stipulated Order Extending Time (D.I. 31) so ordered by the Court on

January 30, 2008 and Second Stipulated Order Extending Time (D.I. 32) so ordered by the Court

on February 21, 2008, the Court extended the deadline for the parties to exchange pre-discovery

disclosures until February 21, 2008 and then until March 20, 2008 to allow the parties to

continue with the mediation process through the Appellate Mediation Program for the United

States Court of Appeals for the Third Circuit and in which mediation the parties are attempting to

reach a global resolution of all disputes between the parties, including this action;

WHEREAS, the parties have not yet concluded the mediation process and, on March 17,

2008, plaintiff, Kenneth J. Marino provided to defendants a written global settlement proposal;

WHEREAS, the parties desire to avoid the expense of preparing pre-discovery

disclosures that will be unnecessary if a global resolution of all disputes is reached through the

Third Circuit mediation;

WHEREAS, a brief extension of the deadline to exchange pre-discovery disclosures will not affect the remainder of the deadlines in the Rule 16 Scheduling Order.

THEREFORE, the parties stipulate, subject to approval of the Court, that the deadline to exchange pre-discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2 shall be extended until April 21, 2008.

GIBSON & PERKINS, P.C.                          OBERLY, JENNINGS & RHODUNDA, P.A.


  /s/ Kevin W. Gibson                             /s/ Karen V. Sullivan
Kevin W. Gibson (No. 2025)                     Charles M. Oberly, III (No. 743)
1326 King Street                               Karen V. Sullivan (No. 3872)
Wilmington, DE  19801                          1220 Market Street, Suite 710
610-565-1708 – Telephone                       P.O. Box 2054
610-565-4358 – Facsimile                       Wilmington, DE  19899-2054
kevingibson@gibperk.com                        302-576-2000 – Telephone
                                               302-576-2004 – Facsimile
                                               coberly@ojlaw.com
                                               ksullivan@ojlaw.com


          It is **SO ORDERED** this _____ day of _____, 2008.


                                    _____
                                          United States District Judge


2

# OBERLY, JENNINGS & RHODUNDA, P.A.
## 1220 Market Street – Suite 710
## P. O. Box 2054
## Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

March 18, 2008

<u>Via CM/ECF & Hand Delivery</u>
The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Wilmington, DE 19801

>        Re:    <u>**Marino v. Cross Country Bank, et al. – C.A. No. 07-426-JJF**</u>

Dear Judge Farnan:

Enclosed for Your Honor's consideration is a Third Stipulated Order Extending Time, which further extends the time for the parties to make initial disclosures in the hope that the parties will resolve the case in the interim through mediation. Although the parties had hoped to resolve the mediation in time either to dismiss this action or to know that settlement is not possible and to move forward with the initial disclosures by the extended March 20, 2008 deadline, the plaintiff has been reviewing tax implications associated with a settlement and just yesterday was able to provide defendants a written global settlement offer, which defendants are currently considering. Therefore, the parties respectfully request a further extension so that they can continue mediation efforts. The parties respectfully request that you enter the proposed stipulated Order.

I am available at the convenience of the Court to answer any questions.

Respectfully submitted,

KAREN V. SULLIVAN (No. 3872)

KVS/alv
Enclosure
cc:    Dr. Peter T. Dalleo
       Kevin W. Gibson, Esquire (via CM/ECF)