IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH J. MARINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-426-JJF |
| | ) | |
| CROSS COUNTRY BANK and | ) | |
| APPLIED CARD SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Charles M. Oberly, III and Karen V. Sullivan of Oberly, Jennings & Rhodunda, P.A. hereby withdraw their appearance as counsel for defendants Cross Country Bank and Applied Card Systems, Inc. in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that Robert J. Katzenstein and Laurence V Cronin of Smith, Katzenstein & Furlow LLP, hereby enter their appearance as counsel for defendants Cross Country Bank and Applied Card Systems, Inc. in the above-captioned proceeding.

Date: 4/2/08

_____
Charles M. Oberly, III (No. 743)
Karen V. Sullivan (No. 3872)
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, Delaware 19899-2054
Telephone: (302) 576-2000
Facsimile: (302) 576-2004

*Withdrawing Counsel to Defendants.*

{08082}

Date: April 2, 2008

/s/ Robert J. Katzenstein
Robert J. Katzenstein (No. 378)
Laurence V. Cronin (No. 2385)
SMITH KATZENSTEIN & FURLOW LLP
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405

*Substitute Counsel to Defendants*