IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH J. MARINO, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 07-426-GMS |
| | ) |
| CROSS COUNTRY BANK and | ) |
| APPLIED CARD SYSTEMS, INC., | ) |
| | ) |
|       Defendants. | ) |

**NOTICE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of April, 2008, a copy of this Notice of Service and a copy of Defendants' Rule 26 Initial Disclosures were served by first class mail on the following:

    Kevin W. Gibson, Esquire
    Gibson & Perkins LP
    1326 King Street
    Wilmington, DE 19801

    SMITH, KATZENSTEIN & FURLOW LLP

    _/s/ Robert J. Katzenstein_
    Robert J. Katzenstein (ID No. 378)
    Laurence V. Cronin (ID No. 2385)
    800 Delaware Avenue, 10th Floor
    P.O. Box 410
    Wilmington, DE 19899 (Courier 19801)
    Phone: 302-652-8400
    Fax: 302-652-8405
    E-mail: rjk@skfdelaware.com
            lvc@skfdelaware.com

    Attorneys for Defendants

Date: April 21, 2008